RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Jimmy David Washington, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY DAVID WASHINGTON, JR.,<br><br>Defendant. | Case No. 2:18-cr-00384-APG-EJY<br><br>**STIPULATION TO CONTINUE RESPONSE DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Jimmy David Washington, Jr., that the response to Motion in Limine to Admit Certain Cross-Admissible Evidence currently due on September 14, 2020, be vacated and continued to September 18, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel requests additional time to review the motion in limine and the proposed evidence in order to narrow the issues before the Court.

2. Counsel for the government has no objection to the brief continuance.

3. The additional time requested will not impact the current trial setting.

4. The parties agree to the continuance.

This is the first request for a continuance of the response deadline.

DATED this 14th day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|    */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender |    */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00384-APG-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JIMMY DAVID WASHINGTON, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the response to Motion in Limine to Admit Certain Cross-Admissible Evidence currently due on Monday, September 14, 2020 be vacated and continued to September 18, 2020.

DATED this 15th day of September, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3