RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Jimmy David Washington, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIMMY DAVID WASHINGTON, JR., <br><br> Defendant. | Case No. 2:18-cr-00384-APG-EJY <br><br> **STIPULATION TO CONTINUE RESPONSE AND REPLY DEADLINES TO MOTION TO SEVER** <br> (Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Jimmy David Washington, Jr., that the response to Motion to Sever currently due on October 29, 2020 be vacated and reset for November 30, 2020, and the reply to Motion to Sever currently due on November 5, 2020 be vacated and reset for December 7, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to discuss a proposed plea agreement with Mr. Washington.

2. Counsel for the government has no objection to the brief continuance.

3. The additional time requested will not impact the current trial setting.

4. The parties agree to the continuance.

This is the third request for a continuance of the response and reply deadlines to motion to sever.

DATED this 27th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JIMMY DAVID WASHINGTON, JR.,<br><br>    Defendant. | Case No. 2:18-cr-00384-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED the response to Motion to Sever currently due on October 29, 2020 be vacated and reset for November 30, 2020, and the reply to Motion to Sever currently due on November 5, 2020 be vacated and reset for December 7, 2020.

DATED this 27th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3