NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
CHRISTOPHER BURTON
Nevada Bar No. 12940
BIANCA R. PUCCI
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov
Bianca.Pucci@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY WASHINGTON JR.,<br><br>Defendant. | Case No. 2:18-cr-00384-APG-EJY<br><br>Stipulation to Continue the Deadline For Response and Reply to Defendant Jimmy Washington Jr.'s Motion to Sever (Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and CHRISTOPHER BURTON and BIANCA R. PUCCI, Assistant United States Attorneys, counsel for the United States of America, and Assistant Federal Public Defenders KATHRYN NEWMAN and RAQUEL LAZO, counsel for defendant JIMMY WASHINGTON JR., that the Response to the Motion to Sever deadline currently set for November 30, 2020, be continued and reset to January 4, 2021; and that the Reply to the Motion to Sever deadline be set to January 11, 2021.

This stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to discuss a proposed plea agreement with Mr. Washington.

1

2. Counsel for the government has no objection to the brief continuance.

3. The defendant is currently detained pending trial but does not object to a continuance.

4. This is the <u>fourth</u> stipulation to continue the response and reply deadlines filed herein.

DATED this 30<s>28</s>th day of November, 2020.

|  |  |
|---|---|
| //s// <br> KATHRYN NEWMAN <br> RAQUEL LAZO <br> Counsel for Defendant <br> JIMMY WASHINGTON JR. | Respectfully submitted, <br> NICHOLAS A. TRUTANICH <br> United States Attorney <br> //s// <br> CHRISTOPHER BURTON <br> BIANCA R. PUCCI <br> Assistant United States Attorneys |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00384-APG-EJY |
| Plaintiff, | |
| vs. | **ORDER** |
| JIMMY WASHINGTON JR., | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel requires additional time to discuss a proposed plea agreement with Mr. Washington.
2. Counsel for the government has no objection to the brief continuance.
3. The defendant is currently detained pending trial but does not object to a continuance.
4. This is the <u>fourth</u> stipulation to continue the response and reply deadlines filed herein.

///

///

///

///

///

///

3

THEREFORE, good cause appearing, it is ORDERED that that the Response to the Motion to Sever is vacated and reset to January 4, 2021; and that the Reply to the Motion to Sever deadline is set to January 11, 2021.

DATED 1st day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE