RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Jimmy David Washington, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>JIMMY DAVID WASHINGTON, JR.,<br><br>              Defendant. | Case No. 2:18-cr-00384-APG-EJY<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO MOTION TO SEVER**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Jimmy David Washington, Jr., that the reply to Motion to Sever currently due on January 11, 2021 be vacated and reset to January 25, 2021.

This Stipulation is entered into for the following reasons:

1. The parties are working on a possible resolution.

2. Counsel for the government has no objection to the continuance.

3. The additional time requested will not impact the current trial setting and will conserve judicial resources in the event a resolution is reached.

4. The parties agree to the continuance.

This is the fifth request for a continuance of the reply deadline to motion to sever.

DATED this 11th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JIMMY DAVID WASHINGTON, JR.,<br><br>        Defendant. | Case No. 2:18-cr-00384-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the reply to Motion to Sever currently due on January 11, 2021 be vacated and reset to January 25, 2021.

DATED this 11th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3