# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jimmy David Washington, Jr.,<br><br>　　　　Defendant. | Case No. 2:18-cr-00384-APG-EJY-1<br><br>**ORDER** |

　　The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

　　IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

　　DATED this 22nd day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3